**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Leoncio Elizarri, et al.
                            Plaintiff,

v.                                         Case No.: 1:17–cv–08120
                                                      Honorable Thomas M. Durkin

Sheriff of Cook County, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 20, 2019:

      MINUTE entry before the Honorable Thomas M. Durkin:Motion hearing held on 2/20/2019. Defendants' response to plaintiff's motion to compel[58] is due by 3/22/2019. Plaintiff's reply is due by 4/5/2019. Status hearing set for 4/23/2019 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.